UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x

In re:                                   :

BON-VIN REALTY, INC.                     :    BK No. 08-14126
         Debtor                               Chapter 11

- - - - - - - - - - - - - - - - - - -x

### ORDER DENYING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER AND DENYING AS MOOT DEBTOR'S MOTION FOR SALE OF PROPERTY

Before the Court is the Debtor's Motion to Reconsider Dismissal Order (Doc. No. 51) and the United States Trustee's objection. Upon consideration of the pleadings, and for the reasons stated in the U.S. Trustee's position (Doc. No. 69), which are fully adopted and incorporated herein by reference, the Debtor's Motion to Reconsider Dismissal Order is **DENIED**, and the Debtor's Section 363(b) Motion for Sale of Property (Doc. No. 50) is **DENIED**.

Dated at Providence, Rhode Island, this 23rd day of April, 2009.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 4/23/09